UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TVB HOLDINGS (USA), INC., | ) | Case No. SACV 13-0624 RNB |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| ENOM, INC., et al., | ) | |
| Defendants. | ) | |

    To date, no proofs of service have been filed, and it therefore appears to the Court that none of the remaining defendants has been served within the 120-day period allowed for accomplishment of service of the summons and complaint under Federal Rule of Civil Procedure 4(m). By the Court's calculation, the service period expired here on August 19, 2013.

    Accordingly, pursuant to Rule 4(m) and Local Rule 41-1, plaintiff is ORDERED to show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff's counsel under penalty of perjury, within fourteen (14) days of the service date of this Order. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for its failure to timely serve, this action**

**will be subject to dismissal without prejudice for failure to prosecute.** See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); see also Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED: September 3, 2013

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE