# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVB HOLDINGS (USA), INC. a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENOM, INC., et al.,<br><br>　　　　Defendants. | Case No. SACV13-00624 JLS (DFMx)<br><br>**PRELIMINARY INJUNCTION**<br><br>Hearing Date: May 6, 2014<br>Time: 10:00 a.m.<br>Courtroom:  10A |

　　　The Court, having granted Plaintiff's request for a Temporary Restraining Order; having issued an Order to Show Cause re Preliminary Injunction, to which neither Defendant "Peter Pan" nor third-party 101Domain, Inc. responded; having held a hearing on the Order to Show Cause, wherein neither Defendant "Peter Pan" nor third-party 101Domain, Inc. appeared; and finding good cause therefore, hereby ORDERS that:

　　　1.　　101Domain, Inc. shall not transfer the domain name "AZDRAMA.SX" until further Order of the Court; and

　　　2.　　Plaintiff shall personally serve a copy of this Preliminary Injunction on 101Domain, Inc. within two (2) court days after entry, and Plaintiff shall

PRELIMINARY INJUNCTION

1  immediately serve a copy of this Preliminary Injunction on Defendant "Peter Pan" at
2  the email address previously approved by this Court.

5  DATED: May 6, 2014         <u>JOSEPHINE L. STATON</u>
                              HONORABLE JOSEPHINE L. STATON
6                             UNITED STATES DISTRICT COURT JUDGE